# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148483 & (17)

JOHN J. FRAZIER, SR.,
      Plaintiff-Appellant,

v

DENNA KIRKLAND,
      Defendant-Appellee.

SC: 148483
COA: 319225
Wayne CC Family Division:
11-114445-DC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 10, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals granting the motion for stay pending appeal.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2014 _____



s0129

                                Clerk